# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA vs.<br><br>MCCLOSKEY, JOSEPH<br><br>412 PECOS DR<br>SECURITY, CO 80911<br><br>*Defendant.* | Violation Notice Number(s)<br><br>S0035138<br>2<br><br>DRIVE W/SUSPENDED LIC | Violation Date(s)<br><br>02/08/2007 |
|---|---|---|

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ **APPEARANCE REQUIRED** may be Forfeited in Lieu of Appearance.

Date  4-4-2007

United States Magistrate Judge
**HON CRAIG B SHAFFER**

## RETURN

| RECEIVED | DATE | LOCATION |
|---|---|---|
|  |  |  |

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.*

| | DATE | LOCATION |
|---|---|---|
| | | |

Name _____ Title _____ District _____

Date _____ Signature _____