# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

UNITED STATES OF AMERICA

v.

JOSEPH MCCLOSKEY

**JUDGMENT IN A CRIMINAL CASE**
**(For a Petty Offense)** — Short Form

CASE NUMBER: 07-mj-07040

Phil Ogden
(Defendant's Attorney)

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 13; C.R.S. § 42-2-101(1) | No Operators License | On or About February 8, 2007 | 1 |

Defendant to complete 8 months unsupervised probation, with 10 days in jail suspended upon completion of probation. If non-compliance, then jail sentence will be imposed. To complete 48 hours of community service with 2 hours to be served through MADD. To pay $10 fine and $10 special assessment fee, for a total of $20 to be paid by 12/21/07. If not paid, warrant to issue for Failure to Pay.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | Fine |
|---|---|---|
| **Total:** $20 | $10 | $10 |

December 5, 2007
Date of Imposition of Judgment

s/Michael J. Watanabe
Signature of Judicial Officer

Michael J. Watanabe, U.S. Magistrate Judge
Name & Title of Judicial Officer

December 7, 2007
Date